UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GREG SHAFFMASTER, on behalf of himself and all others similarly situated,

    Plaintiff(s),

vs.

BARRICK GOLDSTRIKE MINES INC.; BARRICK GOLD CORPORATION; and DOES 1-50,

    Defendant(s).

Case #318CV00205

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

_____JESSE A. CRIPPS_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

GIBSON, DUNN & CRUTCHER LLP
(firm name)

with offices at _____333 SOUTH GRAND AVENUE_____,
(street address)

___LOS ANGELES___, ___California___, ___90071___,
(city) (state) (zip code)

___(213) 229-7792___, ___JCRIPPS@GIBSONDUNN.COM___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___BARRICK GOLDSTRIKE MINES INC.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/2/2002 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | December 2, 2002 | 222285 |
| USDC, Central District of CA | December 2, 2002 | 222285 |
| USDC, Northern District of CA | December 2, 2002 | 222285 |
| USDC, Southern District of CA | February 25, 2010 | 222285 |
| U.S. Court of Appeals for the Ninth Circuit | February 27, 2008 | 222285 |
| U.S. Supreme Court | August 30, 2017 | 222285 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

Los Angeles County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
)
COUNTY OF __LOS ANGELES__ )

__JESSE A. CRIPPS__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__13th__ day of __June__, __2018__

__Bonnie Jensen__
Notary Public or Clerk of Court

BONNIE L. JENSEN
Notary Public - California
Los Angeles County
Commission # 2230103
My Comm. Expires Mar 1, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __JOHN H. COTTON__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__7900 WEST SAHARA, SUITE 200__,
(street address)

__LAS VEGAS__, __Nevada__, __89117__,
(city) (state) (zip code)

__(702) 367-9993__, __JHCOTTON@JHCOTTONLAW.COM__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____JOHN H. COTTON_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

DIRECTOR, BARRICK GOLDSTRIKE MINES INC.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5268    jhcotton@jhcottonlaw.com
Bar number       Email address

APPROVED:
DATED this 18th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: June 13, 2018

JOHN H. COTTON & ASSOCIATES, LTD.

By: _____

Attorneys for Defendant BARRICK GOLDSTRIKE MINES INC.



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JESSE A. CRIPPS, JR.

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JESSE A. CRIPPS, JR., #222285, was on the second day of December, 2002, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the twelfth day of June, 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Deputy Clerk