UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREG SHAFFMASTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARRICK GOLDSTRIKE MINES INC.; BARRICK GOLD CORPORATION; and DOES 1-50,<br><br>Defendants. | CASE NO. 3:18-cv-00205-LRH-CBC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Action Filed: May 3, 2018<br><br>**AND ORDER THEREON** |

## STIPULATION

Plaintiff Greg Shaffmaster and Defendant Barrick Goldstrike Mines, Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 20, 2018, the Parties attended an Early Neutral Evaluation ("ENE") before Magistrate Judge William G. Cobb;

WHEREAS, the Parties have entered into a confidential agreement to settle and resolve all claims against Defendant related to the above-captioned matter (the "Settlement Agreement");

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to the voluntary dismissal of all claims with prejudice without a court order. Each party is to bear its own respective costs and attorneys' fees associated with the action, except as otherwise provided by the Settlement Agreement.

**IT IS SO STIPULATED.**

Dated: November 15, 2018
GIBSON, DUNN & CRUTCHER LLP

/s/ Jesse A. Cripps
Jesse A. Cripps (*admitted pro hac vice*)
Ashley L. Allyn (*admitted pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071

*Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

Dated: November 15, 2018
THIERMAN BUCK LLP

/s/ Joshua R. Hendrickson
Mark R. Thierman, Bar No. 8285
Joshua D. Buck, Bar No. 12187
Joshua R. Hendrickson, Bar. No. 12225
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiff*

JOHN H. COTTON & ASSOCIATES, LTD.

/s/ John H. Cotton
John H. Cotton, Bar No. 5268
7900 W. Sahara, Suite 200
Law Vegas, NV 89102

*Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

## ORDER

IT IS SO ORDERED. DATED this 16th day of November, 2018.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE